BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No: 1:14-cr-00094 AWI |
|---|---|
| Plaintiff, | **STIPULATION FOR COMPETENCY EXAMINATION; [PROPOSED] ORDER** |
| v. | Hon. Anthony W. Ishii |
| DANIEL JAMES OWEN, | |
| Defendant. | |

THE PARTIES TO THIS ACTION HEREBY STIPULATE, by and through their respective attorneys of record and in accordance with what was stated in open court on May 19, 2014 regarding defendant's competency, to the following court order:

///

"It appearing to the Court that defendant, DANIEL JAMES OWEN, is charged by an indictment, dated May 8, 2014, with violations of 18 U.S.C. § 2252(a)(2) and 18 U.S.C. § 2252(a)(4)(B); that representations have been made by defense counsel that defendant may be suffering from a mental

1

disease or defect rendering him mentally incompetent to the extent that he may be unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and that defendant stipulates to being committed to the custody of the Attorney General for a psychiatric or psychological examination to determine the defendant's mental competency to stand trial.

IT IS, THEREFORE, ORDERED THAT:

1. Pursuant to 18 U.S.C. §§ 4241 and 4247(b), the defendant is to be committed to the custody of the Attorney General for placement in a suitable facility to be examined for a reasonable period, but not to exceed thirty days. Unless impracticable, the psychiatric or psychological examination shall be conducted in a suitable facility closest to the court.

2. The director of the facility may apply for a reasonable extension, but not to exceed fifteen additional days, upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant.

3. The psychiatric or psychological examination shall be conducted by a licensed or certified psychiatrist or psychologist or, if appropriate, by more than one such examiner.

4. The psychiatrists or psychologists at the designated facility are ordered to file a psychiatric or psychological report with the court, with copies provided to the counsel for the defendant and the attorney for the government. The report shall include the information required by 18 U.S.C. § 4247 (c), to wit;

    A. The defendant's history and present symptoms;

    B. A description of the psychiatric, psychological and medical tests that were employed and their results;

    C. The examiner's opinion as to diagnosis, prognosis, and whether defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

5. The defendant is ordered to provide any medical documentation in his custody, if any can be located, that is relevant to his examination to the U.S. Marshal's Service in Fresno, California, by Tuesday, May 27, 2014.  Upon receipt of this documentation, the U.S. Marshal's Service will forward it to the Bureau of Prisons so the Bureau can determine a proper facility by which to place him for this examination.  This documentation would best include those records relevant to the examination, including those relevant to defendant's competency, defendant's current medical prescriptions, records regarding defendant's last tuberculosis test and the extent defendant is able to be transported by airplane.

Defendant shall remain in custody through the completion of his examination.  Since defendant has not yet been arraigned, and since a hearing regarding custody status has not yet taken place, the parties shall promptly ask that these matters be calendared on the court's next available date upon his release from the Bureau of Prisons back to the custody of the U.S. Marshals.  Counsel for the parties shall next appear in this court for a status conference at 10am on Monday, June 23, 2014.  If the parties determine that more time is necessary for the competency examination to conclude before this date, they may file a stipulation stating the reasons by this date should be continued."

(As auth. 5/19/14)

DATED: May 19, 2014            By: /s/ Dale A. Blickenstaff
                                Dale A. Blickenstaff
                                Attorney for Defendant
                                DANIEL JAMES OWEN


DATED: May 19, 2014            BENJAMIN B. WAGNER
                                United States Attorney


                                By: /s/ Brian W. Enos
                                Brian W. Enos
                                Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  May 20, 2014            _____
                                SENIOR DISTRICT JUDGE

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28