BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL JAMES OWEN, <br><br> Defendant. | Case No: 1:14-cr-00094 AWI <br><br> **STIPULATION TO CONTINUE JULY 7, 2014 STATUS CONFERENCE TO AUGUST 4, 2014; ORDER** <br><br> Ctrm:  2 <br> Hon. Anthony W. Ishii |

THE PARTIES TO THIS ACTION HEREBY STIPULATE, by and through their respective attorneys of record, that the pending status conference regarding this matter may be continued from Monday, July 7, 2014 at 10:00 a.m. until Monday, August 4, 2014 at 10:00 a.m.

This stipulation is based on good cause. Specifically, on May 20, 2014 (and pursuant to the parties' prior stipulation and 18 U.S.C. §§ 4241 and 4247(b)), this court ordered defendant be committed to the custody of the Attorney General for a "psychiatric or psychological examination to determine the defendant's competency to stand trial". Doc. 11, at 2:3-4. The parties understand that, to date, this examination has not yet been completed (counsel for the government contact Dr. Lisa Hope, the health

1

1  care provider assigned to examine Mr. Owen, via email sent at 12:53 p.m. on July 2, 2014.  Later that
2  day, she advised the parties that she had sent the court a letter advising it that she expected to deliver a
3  report to the court regarding Mr. Owen by Friday, August 8, 2014).  Accordingly, the parties ask that the
4  July 7, 2014 status conference be continued four weeks, or until August 4, 2014.
5       For the above stated reason, the stipulated continuance will conserve time and resources for both
6  the parties and the court, and the delay resulting from this continuance shall be excluded in the interests
7  of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(A), 3161(h)(7)(A) and 3161(h)(7)(B)(ii).
8  ///

(As auth. 7/2/14)

Dated: July 2, 2014                                          By: /s/ Dale A. Blickenstaff
                                                             Dale A. Blickenstaff
                                                             Attorney for Defendant
                                                             DANIEL JAMES OWEN

Dated: July 2, 2014                                          BENJAMIN B. WAGNER
                                                             United States Attorney

                                                             By: /s/ Brian W. Enos
                                                             Brian W. Enos
                                                             Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   July 2, 2014                                        _____
                                                             SENIOR DISTRICT JUDGE