1   BENJAMIN B. WAGNER
    United States Attorney
2   BRIAN W. ENOS
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, Ca 93721
4   Telephone: (559) 497-4000
    Facsimile:  (559) 497-4099
5

6   Attorneys for Plaintiff
    United States of America
7

8                 **UNITED STATES DISTRICT COURT**

9                 **EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,          Case No: 1:14-cr-00094 AWI BAM

12                      Plaintiff,      **STIPULATION TO CONTINUE DECEMBER
                                        22, 2014 STATUS CONFERENCE TO**
13                                      **JANUARY 26, 2015;  ORDER RE SAME**

14          v.

15                                      Ctrm:          8

16  DANIEL JAMES OWEN,                  Hon. Barbara A. McAuliffe

17                      Defendant.

18

19

20          THE PARTIES TO THIS ACTION HEREBY STIPULATE, by and through their respective

21  attorneys of record, that the pending status conference regarding this matter may be continued from

22  Monday, December 22, 2014 at 1:00 p.m. until Monday, January 26, 2015 at 1:00 p.m.

23          This stipulation is based on good cause.  Specifically, counsel for the parties discussed this case

24  earlier this week, and defendant needs more time to consider the government's plea offer delivered few

25  weeks ago.  This offer followed the parties' diligent pursuit of a potential resolution in this case.  They

26  have appeared at only one prior status conference in Courtroom 8, and anticipate that they will be

27

28

1   prepared to set either a trial date or date for a change of plea by the continued (second) status conference

2   on January 26, 2015.

3          For the above stated reason, the stipulated continuance will conserve time and resources for both

4   the parties and the court, and the delay resulting from this continuance shall be excluded in the interests

5   of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

6                                                           (As auth. 12/16/14)

7   Dated: December 16, 2014                    By: /s/ Dale A. Blickenstaff
                                                 Dale A. Blickenstaff
8                                                Attorney for Defendant
                                                 DANIEL JAMES OWEN
9

10  Dated: December 16, 2014                    BENJAMIN B. WAGNER
                                                 United States Attorney
11

12                                               By: /s/ Brian W. Enos
                                                 Brian W. Enos
13                                               Assistant U.S. Attorney

14                                  ORDER

15  IT IS SO ORDERED that the 2nd Status Conference is continued from December 22, 2014 to January

16  26, 2015 at 1:00 PM before Judge McAuliffe.   Time is excluded pursuant to 18 U.S.C. § 3161(h)

17  (7)(A).

18  IT IS SO ORDERED.

19      Dated:   **December 16, 2014**          /s/ Barbara A. McAuliffe

20                                               UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28