**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, #104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dblickenstaff@yahoo.com

Attorney for Defendant,
DANIEL JAMES OWEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>              Plaintiff,      )<br>                              )<br>vs.                           )<br>                              )<br>DANIEL JAMES OWEN,            )<br>                              )<br>              Defendant       )  | Case No.: 1:14-CR-00094 AWI<br><br>STIPULATION TO CONTINUE<br>JANUARY 26, 2015 STATUS<br>CONFERENCE TO MARCH 9, 2015;<br>ORDER RE SAME |

THE PARTIES TO THIS ACTION HEREBY STIPULATE, by and through their respective attorneys or record, that the pending status conference regarding this matter may be continued from Monday, January 26, 2015 at 1:00 p.m. until Monday, March 9, 2015 at 1:00 p.m.

The reason for the continuance is that defense counsel needs more time to consider the government's offer of settlement. Defense counsel feels obliged to personally view the digital evidence in this case. Arrangements are being made for that viewing to take place with the investigating officer, Detective David Rippee, of the Fresno County Sheriff's Office. Additional conferences are necessary to discuss the evidence with the Defendant.

It is anticipated that at the March status Conference, the parties will be prepared to set a trial date or a date for change of plea.

///

For the above stated reason, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated: January 22, 2015        By /S/ Dale A. Blickenstaff
                               DALE A BLICKENSTAFF, Attorney for
                               DANIEL JAMES OWEN


Dated: January 22, 2015        BENJAMIN B. WAGNER
                               United States Attorney

                               By /S/ Brian W. Enos
                               BRIAN W. ENOS, Assistant U.S. Attorney


**IT IS ORDERED** that the 2nd Status Conference for defendant Daniel James Owen is continued from January 26, 2015 to March 9, 2015 at 1:00 PM before Judge McAuliffe.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A).


Dated:  **January 22, 2015**              **/s/ Barbara A. McAuliffe**
                               UNITED STATES MAGISTRATE JUDGE