HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DANIEL OWEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00094-JLT-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| DANIEL OWEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Calvin Lee, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Daniel Owen, that the status conference currently scheduled for July 30, 2025, at 2:00 p.m., be continued, and that the matter be set for a further status conference on August 20, 2025, at 2:00 p.m.

On July 18, 2025, the parties set this supervised release violation matter for a status conference on July 30, 2025, at 2:00 p.m. *See* Dkt. #48. Pursuant to this Court's minute order on July 23, 2025, the parties hereby submit this stipulation to continue the status conference in this matter to August 20, 2025. Mr. Owen made his initial appearance in this matter on July 11, 2025. *See* Dkt. #43. He was ordered released following a detention hearing on July 18, 2025. *See* Dkt. #48. Counsel for Mr. Owen requires additional time to review and investigate the allegations in

the instant matter, to further discuss the matter with Mr. Owen, and to provide time for the parties to engage in any possible resolution discussions. Accordingly, the parties are in agreement to continue this matter to August 20, 2025, at 2:00 p.m. for a status conference.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties. As this is a supervised release violation matter, no exclusion of time is necessary.

Respectfully submitted,

KIMBERLY SANCHEZ
Acting United States Attorney

Date: July 28, 2025

*/s/ Calvin Lee*
CALVIN LEE
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: July 28, 2025

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
DANIEL OWEN

## **O R D E R**

**IT IS HEREBY ORDERED** that the status conference previously set for July 30, 2025, at 2:00 p.m. is hereby continued for a further status conference on August 20, 2025, at 2:00 p.m.

Dated: 7/29/2025

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE