ERIC GRANT
United States Attorney
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>DANIEL JAMES OWEN,<br><br>                    Defendant. | CASE NO. 1:14-CR-00094-JLT-BAM<br><br>JOINT STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br><br>**Date: February 6, 2026**<br>**Time: 2:00 p.m.**<br>**Court: Hon. Sheila K. Oberto** |

The parties through their respective counsel, Assistant United States Attorney Calvin Lee, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Daniel James Owen, respectfully submit this Joint Stipulation to Continue the Status Conference originally scheduled on February 6, 2026, pursuant to the Court's January 27, 2026.

The parties met and conferred via telephone on February 4, 2026. The government anticipated indicting Mr. Owen on February 5, 2026, with felony charges related to the charges in the superseding violation petition in this matter, but continues awaiting grand jury subpoena responses from respondents. Accordingly, the parties request that the Court continue the status conference to February 20, 2026, at 2:00 p.m.

IT IS SO ORDERED.

Dated:    **February 5, 2026**          _____/s/ *Sheila K. Oberto*_____

1

UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: February 4, 2026             /s/ Calvin Lee
                                   CALVIN LEE
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: February 4, 2026             /s/ Reed B. Grantham
                                   Reed B. Grantham
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   DANIEL JAMES OWEN


**ORDER**

3